UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Federal Deposit Ins. Corp. as Receiver for IndyMac Bank, F.S.B.,

Plaintiff(s),

v.

Farah Gulparast, et al.

Defendant(s).
_______________________________/

CASE No. **5:12-CV-02528 EJD**

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
**X** Private ADR (*please identify process and provider*) **The parties have agreed to participate in mediation with Hon. James C. Emerson (Ret.) no later than March 25, 2013.**

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

**X** other requested deadline _____March 25, 2013__________________________

Dated: February 8, 2013

_______/*Steve W. Dollar*/_______
Attorney for Plaintiff

Dated: February 8, 2013

_______/*Susan D. Condon*/______
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**XXXXXXXX [PROPOSED] ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.
The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 2/11/2013

UNITED STATES DISTRICT COURT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

**ATTESTATION**

I, Steve W. Dollar, am counsel for Defendant Cindy Swanson, an individual d/b/a Aldrich Appraisals. I am the registered ECF user whose username and password are being used to file this STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS. In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

Dated: February 8, 2013

ERICKSEN ARBUTHNOT

_____/*Steve W. Dollar*/_____
Attorneys for Defendant
JUDITH A. WARREN, individually
and doing business as WARREN
APPRAISAL SERVICE