**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>            Plaintiff(s),<br>   v.<br><br>FARAH GULPARAST, et. al.,<br><br>            Defendant(s).<br>_____/ | CASE NO. 5:12-cv-02528 EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The parties, having resolved the action against Defendant Cindy Swanson (see Docket Item No. 43), are ordered to appear before the Honorable Edward J. Davila on **January 24, 2014, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case against Swanson should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **January 17, 2014,** the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **January 17, 2014.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

1

CASE NO. 5:12-cv-02528 EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT

United States District Court
For the Northern District of California

In addition, there remains the case against Defendant Gulparast, who is in default, as well as Swanson's cross-complaint against Gulparast. The court therefore schedules this action for a Case Management Conference on **December 13, 2013, at 10:00 a.m.** On or before **December 6, 2013**, the parties shall file a Joint Case Management Statement which provides, inter alia, a proposed plan to resolve the issues that will remain in this action.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated:  October 31, 2013


EDWARD J. DAVILA
United States District Judge

2

CASE NO. 5:12-cv-02528 EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT