**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | CASE NO. 5:12-cv-02528 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FARAH GULPARAST, et. al., | |
| Defendant(s). | |

Having reviewed Plaintiff's Case Management Statement (see Docket Item No. 45), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for December 13, 2013, is CONTINUED to **January 24, 2014, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 17, 2014.**

**IT IS SO ORDERED.**

Dated: December 10, 2013

EDWARD J. DAVILA
United States District Judge