**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                 SAN JOSE DIVISION

10   FEDERAL DEPOSIT INSURANCE          CASE NO. 5:12-cv-02528 EJD
     CORPORATION,
11                                       **ORDER CONTINUING HEARING ON**
                                         **ORDER TO SHOW CAUSE RE:**
12            Plaintiff(s),              **SETTLEMENT AND CASE**
         v.                              **MANAGEMENT CONFERENCE**
13
     FARAH GULPARAST, et. al.,
14
15            Defendant(s).
                                    /
16

17        Having reviewed the parties' Joint Statement (see Docket Item No. 48), the court finds good

18   cause to continue both the Order to Show Cause re: Settlement ("OSC") and the Case Management

19   Conference currently scheduled for January 24, 2014.  Accordingly, both hearings are

20   CONTINUED to **March 28, 2014, at 10:00 a.m.**  The parties shall file an updated Joint Statement

21   which provides, inter alia, an update as to a final resolution of this action on or before **March 21,**

22   **2014.**

23   **IT IS SO ORDERED.**

24

25   Dated:  January 22, 2014

26                                       EDWARD J. DAVILA
                                         United States District Judge
27

28
                                            1
     CASE NO. 5:12-cv-02528 EJD
     ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT AND CASE
     MANAGEMENT CONFERENCE